ORIGINAL

MILBERG WEISS BERSHAD HYNES & LERACH LLP
WILLIAM S. LERACH (68581)
KEITH F. PARK (54275)
HELEN J. HODGES (131674)
KATHLEEN A. HERKENHOFF (168562)
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Chair of Executive Committee

WOLF POPPER LLP
MARIAN P. ROSNER
PATRICIA I. AVERY
ANDREW LENCYK
845 Third Avenue
New York, NY 10022
Telephone: 212/759-4600
212/486-2093 (fax)

SCOTT & SCOTT, LLC
DAVID R. SCOTT
108 Norwich Avenue
Colchester, CT 06415
Telephone: 860/537-3818
860/537-4432 (fax)

BERGER & MONTAGUE, P.C.
DANIEL BERGER
LAWRENCE DEUTSCH
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215/875-3000
215/875-4604 (fax)

Executive Committee

FILED
CLERK, U.S. DISTRICT COURT
SEP 29 2003
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
SEP 30 2003
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority
Send
Clsd
Enter
JS-5/JS-6
JS-2/JS-3

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANK A. DUSEK, et al., On Behalf of Themselves and All Others Similarly Situated, Plaintiffs, vs. MATTEL, INC., et al., Defendants. | Master File No. CV-99-10864-MRP(CWx)<br>CLASS ACTION<br>~~[PROPOSED]~~ ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS<br>DATE: September 10, 2003<br>TIME: 11:00 a.m.<br>COURTROOM: The Honorable Mariana R. Pfaelzer |

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

262

This matter having come before the Court on plaintiffs' motion for approval of the Plan of Allocation of settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein; and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the meanings set forth in the Stipulation and Agreement of Settlement dated as of November 21, 2002 ("Stipulation").

2. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons and entities who are Class Members, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who are Class Members to be heard with respect to the Plan of Allocation.

3. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Settlement of Class Actions ("Notice") sent to Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the *Dusek* Settlement Fund established by the Stipulation among *Dusek* Class members, with due consideration having been given to administrative convenience and necessity. This Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is, in all respects, fair, reasonable and adequate and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: September 29, 2003

Mariana R. Pfaelzer
THE HONORABLE MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE

G:\Cases-SD\Mattel2.Set\DLM86596.ord